No. 3849.—ROSSY, apdo., *v.* DEL VALLE ZENO, aplte.—C. D. San Juan. Desahucio. Enero 12, 1927. *Mandamus.* Visto el mandamiento y la opinión de la Corte de Circuito del Primer Circuito al mismo acompañada, únanse dichos documentos a los autos para que surtan en ellos sus efectos, y en su virtud se anula la resolución de febrero 15 de 1926 (35 D.P.R. 1054) desestimando la apelación interpuesta y se reinstala ésta para ser oída en sus méritos a cuyo fin, archivado como se encuentra el alegato de la parte apelante, se señaló el día 26 de enero actual a las 2 p. m. para la vista del recurso.

No. 3970.—CALAF, aplte., *v.* GALLARDO, TESORERO, apdo.— C. D. San Juan. Enero 14, 1927. Revocada la sentencia apelada, por los fundamentos del caso No. 3969 de *Calaf v. Gallardo, Tesorero,* de enero 14, 1927 (pág. 147).

No. 3827.—FERRER, aplte., *v.* GUILLÉN, apdo.—C. D. San Juan. Divorcio. Enero 19, 1927. En esta apelación interpuesta por la demandante se alega como únicos errores de la corte inferior el haber declarado sin lugar la demanda por no haber sido probadas sus alegaciones y que la sentencia es contraria a las pruebas; apareciendo que la evidencia presentada en el juicio fué contradictoria, y que ese conflicto fué resuelto por la corte inferior sin el error que se le atribuye, por lo que la sentencia no es contraria a la prueba, se confirmó la sentencia apelada.

El Juez Asociado Sr. Hutchison no intervino.